# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 25-sw-23
 )
ONE PERSON UNDER RULE 41 )
 )

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, herein incorporated by reference.

located in the  Jurisdiction of the  District of  Columbia , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, herein incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1), 21 U.S.C. §§ 841(a)(1) and 846, 18 U.S.C. § 924(c) | Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year; Possession with Intent to Distribute a Controlled Substance, and Conspiracy thereof; Using or Carrying a Firearm During and in Relation to, or Possessing a Firearm in Furtherance of, a Drug Trafficking Offense |

The application is based on these facts:
See Attached Affidavit in support of Search Warrant, which is herein incorporated by reference.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Michael Reese, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone  *(specify reliable electronic means)*.

Date: 02/04/2025

*Judge's signature*

City and state: Washington, D.C.   Matthew J. Sharbaugh, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ❏ Original    ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>ONE PERSON UNDER RULE 41 | )<br>)<br>)  Case No. 25-sw-23<br>)<br>)<br>) |

**WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   Jurisdiction of the   District of   Columbia
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, herein incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, herein incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   February 18, 2025   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ❏ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Matthew J. Sharbaugh  .
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued:   02/04/2025
                                                           *Judge's signature*

City and state:   Washington, D.C.   Matthew J. Sharbaugh, United States Magistrate Judge
                                                           *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| | **Return** | |
|---|---|---|
| Case No.:<br>25-sw-23 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____<br><br>                                                                                              *Executing officer's signature*<br><br>                                                                                 *Printed name and title* |

## ATTACHMENT A

*Person to be Searched*

The person to be searched is as follows:

1. WENDELL SMITH, DOB 04/16/1965



**WENDELL SMITH**

1

## ATTACHMENT B

*Property to be seized from person of WENDELL SMITH*

A sample of deoxyribonucleic acid (DNA) of the person identified in Attachment A, to be collected via buccal or oral swabs in accordance with established procedures, and to be analyzed forensically in accordance with applicable established protocols:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ONE PERSON UNDER RULE 41 | SW No. 25-sw-23 |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Michael M. Reese, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to obtain deoxyribonucleic acid ("DNA") for comparison purposes in the form of buccal swabs from WENDELL SMITH (*see* Attachment A.).

2. I am "an investigative or law enforcement officer" of the United States within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I have been a sworn police officer with the Metropolitan Police Department in Washington, D.C. ("MPD") since 2016. Currently, your affiant is assigned to the Violent Crime Suppression Division ("VCSD") and serves as a federal Task Force Officer with the DEA. Through my training and experience, I have become familiar with the methods and techniques associated with narcotics trafficking and related firearms offenses. My work has focused on investigations involving unlawful activities including, but not limited to, illegal narcotics, firearms, and violent crimes. I have authored and executed numerous search warrants for premises and vehicles where narcotics, weapons, contraband, and evidence have been seized. I have also authored and participated in numerous search warrants for cell site location information of narcotics traffickers, which can aid

1

investigators in identifying a narcotics trafficker's sources of supply, stash locations, sales times and locations, movements, and other locations where evidence may be found.

3. Through my training and employment, I am also familiar with the fact that each person has a unique DNA composition. DNA isolated from blood, hair, skin cells, or other genetic evidence left at the scene of a crime or left on evidence of a crime can be compared with the DNA of an individual to identify an individual as a potential suspect or exclude an individual as a potential suspect.

4. I base the facts set forth in this affidavit upon my personal knowledge, information obtained during my participation in this investigation, review of documents to include business and bank records and official government records, knowledge obtained from other individuals including law enforcement personnel, and communications with others who have personal knowledge of the events and circumstances described herein.

5. Because this affidavit is being submitted for the limited purpose of a search warrant for buccal swabs of WENDELL SMITH, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish the legal basis for the issuance of a search warrant.

6. For the reasons described herein, there is probable cause to believe that evidence of violations of 18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year); 21 U.S.C. §§ 841(a)(1) and 846 (Possession with Intent to Distribute a Controlled Substance, and Conspiracy thereof); and 18 U.S.C. § 924(c), Using or Carrying a Firearm During and in Relation to, or Possessing a Firearm in Furtherance of, a Drug Trafficking Offense (the "TARGET OFFENSES") will be found located in the buccal swabs of WENDELL SMITH.

**PROBABLE CAUSE**

7. On November 4, 2024, law enforcement conducted surveillance of SMITH in the District of Columbia, beginning at SMITH's address of record, an apartment building located at 1900 Half Street SW, Washington, D.C. This location is a multi-level residential apartment building. At approximately 12:52 p.m., law enforcement observed SMITH exiting from the front of the apartment building driving a black Mercedes-Benz sedan bearing Maryland temporary tag # T2040494 (the "Mercedes").

8. At approximately 1:02 p.m., United States Park Police ("USPP") officers observed the Mercedes failing to maintain its lane and traveling at approximately 70 miles per hour in a 45-mile per hour zone on the Suitland Parkway, in the vicinity of the Alabama Avenue SE on-ramp in the District of Columbia. USPP officers attempted a traffic stop of the Mercedes for failing to maintain its lane and speeding.

9. The Mercedes came to a stop on Suitland Parkway just east of the Southern Avenue underpass, approximately 0.2 miles from where USPP officers activated their emergency equipment. After the Mercedes stopped, officers observed the driver reach to his right side, toward the area of the front passenger's seat, two times.

10. The driver was the sole occupant of the Mercedes, and he was identified as WENDELL SMITH by his District of Columbia Driver's license. SMITH stated to officers, in sum and substance, that he apologized for speeding and that he had just purchased the vehicle. Officers observed that SMITH did not have any documents in his hands upon the officers' approach to the Mercedes, which arose officers' suspicion that the driver may have previously tried to conceal something when he reached to his right side.

11. Officers requested that SMITH step out of the vehicle. Officers observed an open bottle of alcohol, specifically, 750 ml bottle of Don Julio Tequila Reposado, 40% alcohol/volume, located in plain view on the rear passenger's seat of the Mercedes. In addition, a K-9 unit trained to detect the odor of controlled dangerous substances conducted a scan of the Mercedes and gave a positive indication for the presence of such substance(s) at the vehicle.

12. Officers then conducted a search of the Mercedes. During the search, law enforcement located a black backpack on the front passenger's seat (the area where SMITH was previously seen reaching) that contained items including, but not limited to, the following:

   a. a black Glock 27, .40 caliber firearm, bearing Serial No. RDV333, loaded with 13 rounds of .40 caliber ammunition in a 13-round capacity magazine;

   b. a black firearm holster;

   c. a Service Cleaners receipt for a customer named "SMITH, W," dated October 31, 2024; and

   d. a vehicle warranty Declaration Page for the Mercedes, with a Contract Purchase date of November 2, 2024, signed by "Wendell Smith."

13. In addition, law enforcement located a Maryland Temporary Registration Certificate for the Mercedes, registered to SMITH as the Owner, with a Date of Delivery of November 2, 2024. Law enforcement also located a bag on the front passenger's seat floorboard that contained a sum of United States currency that was later determined to be $78,141.

14. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in or affected foreign or interstate commerce.

15. A criminal history check of SMITH through the National Crime Information Center (NCIC) revealed that SMITH was previously convicted of First-Degree Murder While Armed on February 13, 1990. SMITH was sentenced to 20 years to life imprisonment for this conviction.

Therefore, SMITH was aware at the time of his arrest in this case that he had at least one prior conviction for a crime punishable by imprisonment for a term exceeding one year.

16. Subsequently on November 4, 2024, law enforcement executed a D.C. Superior Court search warrant (No. 2024 CSWSLD 004502) at 1900 Half Steet SW, Apartment 210, Washington, D.C. 20024, which investigators identified as SMITH's residence (the "SMITH Residence"). During the execution of the search warrant at the SMITH Residence, law enforcement located items including, but not limited to, the following:

   a. mail matter and other documentation bearing SMITH's name;

   b. $28,183 of United States Currency;

   c. 29 boxes of Suboxone strips, which contain a Schedule III controlled substance;

   d. approximately one pound of marijuana, including marijuana packaged in numerous smaller packages in a manner consistent with distribution; and

   e. 438 rounds of 9mm ammunition;

   f. plastic wrap, heat sealer, and other packaging supplies; and

   g. multiple radio frequency detection devices.





5

 

17.     I know from experience and training that DNA is found in human tissue and provides a genetic "blueprint" for each person. Thus, DNA is unique to each person with the exception of identical twins, and it has accordingly been used by forensic scientists in a manner similar to fingerprints, that is, to identify persons who have left their DNA behind at crime scenes or on items of evidence. DNA evidence is potentially extremely accurate as a means of identifying individuals. DNA can be found in any number of bodily tissues, including blood, hair, bone, and saliva. Accordingly, a DNA sample suitable for comparison may be obtained by swabbing the inside of a person's mouth, commonly known as a "buccal swab." Buccal samples are obtained by asking the subject to open their mouth, whereupon a law enforcement officer (or the subject upon request of the law enforcement officer) inserts a sterile, elongated "Q-tip" into the subject's mouth, which is then rubbed vigorously along the inside of the subject's cheeks and elsewhere inside the mouth.

18.     Based on your affiant's training and experience in the recovery of firearms, ammunition, firearms accessories, and other items, those materials likely contain DNA. In my experience, some DNA is often left on and recovered from evidence of this kind.

19.     Obtaining DNA samples will require obtaining buccal swabs of saliva by swabbing the inside of the mouth of WENDELL SMITH. The samples will then be sent to a laboratory for

6

comparison purposes to evidence collected during the course of this investigation and to be entered into Combined DNA Index System (CODIS).

20. Based upon the facts of this case, there is an evidentiary nexus between the recovered firearm, magazine, ammunition, and accessories and WENDELL SMITH, whose DNA is sought, as the items were seized from a vehicle and residence that the investigation has revealed were being used by WENDELL SMITH and contained evidence of the TARGET OFFENSES.

21. There is probable cause to search the person of WENDELL SMITH for a saliva sample containing their DNA because there is a fair probability that their DNA is evidence of a crime. The firearm, magazine, ammunition, and accessories likely contain DNA. A match between their DNA and DNA on those items would make it more or less probable that WENDELL SMITH committed one or more of the TARGET OFFENSES.

*   *   *

## **CONCLUSION**

22.  Based on the foregoing, I request that the Court issue a warrant authorizing members of the ATF, or their authorized representatives, including but not limited to other law enforcement agents assisting in the above-described investigation, to obtain buccal swab samples from WENDELL SMITH, so that the sample may be compared to evidence collected during the course of this investigation.

Respectfully submitted,

*/s/ Michael M. Reese*

Michael M. Reese
Task Force Officer (DEA)
Metropolitan Police Department

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on February 4, 2025.

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE